**Order entered September 3, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00777-CV

## IN RE 2999TC ACQUISITIONS, LLC F/K/A MO 2999TC, LLC, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-05864**

## ORDER
Before Justices Whitehill, Pedersen, III, and Carlyle

Before the Court is relator's August 28, 2020 petition for writ of injunction; the amended response from real parties in interest HNGH Turtle Creek, LLC, Vipin Nambiar, Williams L. Hutchinson, and HN Green Hollow Capital Partners, LLC; and relator's reply. We request a response, if any, from the other real parties in interest and respondent by **September 14, 2020**.


/s/     BILL WHITEHILL
        JUSTICE